AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information Associated with<br>"spankyfoxrocks@hotmail.com" that is stored at the<br>premises controlled by Microsoft, Inc. see attachment A | ) ) ) ) ) ) Case No. 22-M-6170-01-KGG |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____Western_____ District of _____Washington_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A | Possession/Transportation/Receipt/Distribution of Child Pornography |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Travis Putrah, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence. *telephonically*

Date: Jun 29, 2022

_____
*Judge's signature*

City and state: Wichita, KS

Kenneth G. Gale, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT**

I, Travis Putrah, being duly sworn, hereby depose and state the following:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am Special Agent with Homeland Security Investigations ("HSI") and have been so employed since September 2019.

    a. As a requirement for employment as an HSI Special Agent, I successfully completed a twelve-week Criminal Investigator Training Program ("CITP") located at the Federal Law Enforcement Training Center ("FLETC") in Glynco, Georgia. At the conclusion of CITP, I also completed an additional twelve-week HSI Special Agent Training ("HSISAT") Academy. As part of the training at FLETC, I received extensive instruction in the areas of Customs law, Immigration law and Criminal law.

    b. Prior to my tenure as a Special Agent with HSI, I was employed as a Border Patrol Agent with the Department of Homeland Security ("DHS") from 2005 to 2019. From 2015 to 2018, I was assigned to the Federal Bureau of Investigations' ("FBI") Indian Country Task Force in Bemidji, Minnesota, my duties included investigating crimes of violence, to include death and assaults with deadly weapons; sexual assaults of juveniles, human trafficking, illegal trafficking of firearms and explosives; the manufacture, sale, and distribution of controlled substances; trafficking of child pornography; money laundering; arson; and the disruption/dismantling of violent gangs.

    c. From 2018 to September 2019, I was assigned to the HSI Task Force in Wichita, Kansas. While serving as an HSI TFO, I was responsible for investigating federal violations of the Controlled Substance Act; the production and sale of fraudulent documents; the trafficking of child pornography; violations of human trafficking and labor trafficking; the theft of intellectual property; and criminal immigration violations.

**PURPOSE OF THE AFFIDAVIT**

2. This affidavit is made in support of an application for a search warrant under Title 18 U.S.C. § 2703(a), 2703(b)(I)(A) and 2703(c)(1)(A) to require Microsoft Corporation (Hotmail) to disclose to the government records and other information in its possession, further described in Attachment B, pertaining to the accounts, further described in Attachment A.

3. As will be shown below, there is probable cause to believe that the identified Hotmail

account(s) has been involved in the transportation, distribution, receipt, and possession of child pornography, in violations of Title 18 U.S.C. §§ 2252, and 2252A. I submit this application and affidavit in support of a search warrant authorizing the search of the account(s) described in Attachment A. Your affiant seeks authorization to examine the account(s) to seize evidence fruits, and instrumentalities, relating to the aforementioned criminal violations, and as further described in Attachment B.

4. The statements in this Affidavit are based in part on information provided by other law enforcement officers and non-law enforcement individuals, and on my investigation of this matter. Since this Affidavit is being submitted for the limited purpose of securing a search warrant, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that contraband and evidence, fruits, and instrumentalities of violations of 18 U.S.C. § 2252A(a)(1) (transportation of child pornography); and 18 U.S.C. § 2252A(a)(2)(A) (receipt or distribution of child pornography); and 18 U.S.C. § 2252A(a)(5)(B) (possession of and access with intent to view child pornography) are presently located within the Hotmail account(s) more specifically described in Attachment A.

## JURISDICTION

5. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by Title 18 U.S.C. § 2711. 18 U.S.C. § 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a District court of the United States that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE

### Background of the Investigation

6. This search warrant application is part of an ongoing investigation into the production, distribution, receipt, and possession of child pornography by Kade HANSEN (HANSEN), and others known and unknown. Background into this investigation is contained in the affidavits in support of search warrant 21-M-6183-01-KGG.

7. Highly summarized, the initial search warrant for HANSEN's residence was based on a report by a foreign law enforcement agency provided information that revealed an online storage account, associated to spankyfoxrocks@yahoo.com, had imported files of child pornography into online storage, and were in the account as of October 22, 2019. That account had been created on May 20, 2019. IP addresses associated with the account, or its associated email, returned to services subscribed to by HANSEN.

**Background on Hotmail**

8. Hotmail is a free-access email application owned by Microsoft Corporation and is available free of charge. It is part of the Windows Live suite of products offered by Microsoft. When users sign up for a free Hotmail account, the user is also given a free email, photo and video storage through Microsoft Outlook.

9. Users can access Hotmail through the company's website, as well as through the iPhone App Store and Google Play Store. Users can access Hotmail through a special electronic application ("app") created by the company that allows users to access the service through a mobile device. It uses a mobile device's data plan or Wi-Fi to transmit and receive messages, photos, videos, mobile webpages, and other content after users register a username.

10. Hotmail features spam-filtering technology and the capability to use Microsoft technology to search email. The service generates revenue by displaying advertisements and links through the Hotmail website.

11. Upon creating a Hotmail account, a Hotmail user must create a unique Hotmail username and account password. This information is collected and maintained by Microsoft. Hotmail asks users to provide basic identity and contact information upon registration. Basic identity information is collected when a user creates a new Hotmail account; to include a user's first and last name, a recovery email address, date of birth, and the selection of a username.

12. Hotmail maintains records and other vital data associated with their subscriber accounts including but not limited to: subscriber and account information including name and address, payment history for premium services, date that accounts were created, current account status, alternate contact information including email addresses, login records with associated IP addresses, any (sent, read, unread, deleted, achieved) email associated with the account with any attached files.

13. Additional subscriber information that is maintained by Hotmail may include make and model of the device used to create and access the account, the account creation date and IP address, as well as the timestamp and IP address of account logins and logouts. The logs containing IP addresses associated with the account login and logouts are retained for a limited period after the user has deleted their Hotmail account.

14. Hotmail also allows users to maintain contact lists who they actively communicate with directly or in groups.

15. Hotmail also collects information on the particular devices used to access Hotmail. Hotmail may record "device identifiers," which include data files and other information that may identify the particular electronic device that was used to access Hotmail.

**Involved accounts identified from HANSEN's device**

16. On or about November 9, 2021, HSI executed a federal search warrant in support of an ongoing child exploitation investigation. The search warrant, issued by the United States District Court for the District of Kansas, was executed at the HANSEN residence, located at 2905 S. Spicer Drive, Wichita, Kansas. This residence is on-base housing located within the confines of the McConnell Air Force Base.

17. During the execution of that search warrant, agents located and seized an Apple iPhone 12 cellular telephone, model number A2172, serial number F17DWQDN0DXT, with associated cellular telephone number 801-903-3771. This device was identified as HANSEN's cellular telephone.

18. On November 9, 2021, an HSI Computer Forensic Analyst (CFA) conducted a forensic examination of HANSEN's cellular telephone. The CFA noted the presence of the Kik application installed on HANSEN's cellular telephone.

19. The CFA noted that the Tumblr App and a Virtual Private Network (VPN) App had been installed on the device but was later deleted.

20. During a subsequent review of the data obtained from HANSEN's cellular telephone, the following Hotmail, Kik and Tumblr account(s) and associated digital files were located:

> Kik Account name: John Jingle. Kik username: johnjiggly. Email address associated to the Kik Account: spankyfoxrocks@hotmail.com (**TARGET ACCOUNT**, further described in Attachment A)

21. During a review of the Kik chat logs located on HANSEN's cellular telephone, the following communications were located:

> a. A chat occurring on May 18, 2021, between Kik users Sam Eckard and John Jingle. The following is a transcript of that chat:

5

> John Jingle: Hi
>
> Sam Eckard: Hey. How are you?
>
> John Jingle: Good Good
>
> John Jingle: It's me from Whisper by the way
>
> Sam Eckard: Okays
>
> Sam Eckard: Show me what you look like
>
>> [User John Jingle ends this chat by sending an image file through Kik to Sam Eckard. The photograph was identified by agents as a self-portrait of HANSEN.]

b. A chat occurring on May 25, 2021, between Kik users jan vd Berg and John Jingle. The following is a transcript of that chat:

> John Jingle: Hi
>
> jan vd Berg: Hey
>
> jan vd Berg: Into young?
>
> John Jingle: Sometimes
>
> John Jingle: What you got?
>
> John Jingle How old are you?
>
>> [Jan vd Berg sent an image titled 3fa3fe01-ae03-469f-9b68-ad5dfb48023d. The image is of nude white female, approximately the age of 12. The female is positioned on her hands and knees. The photograph is taken from the side of the female. The female's breast and buttock are visible.]
>
> John Jingle: Tasty

>[Jan vd Berg sent an image titled 82dd391d-05e5-4119-b2ee-24a3eb4b17bd. The image is of a nude female, approximately the age of 13. The female is laying on her back with her legs pulled up to her head and spread apart, exposing her breasts, vagina, and anus.]

John Jingle: Nice!

John Jingle: How old are you?

Jan vd Berg: 64

John Jingle: Male? I'm guessing

Jan vd Berg: Yes

John Jingle: Love the pics

Jan vd Berg: More?

>[Jan vd Berg sent an image titled 1e4dd209-64ff-4539-8a21-dfc5f5327c8d. The image is of a nude female who appears young but age difficult. The female is lying on her back with her legs brough up to her head and spread apart, exposing the female's vagina, breasts, and anus.]

John Jingle: Lovely!

jan vd Berg: Want to fuck her in the ass

John Jingle: Oh yeah!

>[Jan vd Berg sent an image titled 1e4dd209-64ff-4539-8a21-dfc5f5327c8d. The image is of a nude Asian female approximately the age of 9. The female is lying on her stomach with her nude

breasts and buttock visible.  The female is holding an adult white male's erect penis in her left hand and is licking the tip of the penis.]

John Jingle: Oh my!!!

jan vd Berg: You okay?

John Jingle: What do you mean?

jan vd Berg: Maybe to young?

John Jingle: I like teens. All teens

jan vd Berg: Also younger?

John Jingle: Meh

John Jingle: I like the tits to be starting to grow

[Jan vd Berg sent an image titled 352e6c5f-8d93-4cea-8202-adadf5f404c2.  The image is of a nude Asian female approximately the age of 7.  The female is standing up with her hands close to her vagina.  The females breasts and vagina are visible.]

John Jingle: Sent an emoji of a smiley face with its' tongue out.

John Jingle:  More? 😁

22.  On March 9, 2022, Special Agents with the Air Force Office of Special Investigations (OSI) interviewed Master sergeant Dustin BREWER.  BREWER stated that he met HANSEN in 2018 at the McConnel Air Force Base and considered themselves to be good friends.  HANSEN would seek out BREWER's assistance whenever he had trouble with his car.  HANSEN and BREWER's children would also spend time together.

23.  BREWER stated that on November 9, 2021, BREWER went to HANSEN's home to check on him.  When BREWER arrived, he learned that a federal search warrant had been served

8

at HANSEN's residence. BREWER learned that during the search warrant, federal agents were looking for child exploitation material believed to be owned by HANSEN.

24. At a later date, BREWER was admitted to an inpatient treatment facility in San Antonio, Texas for an unrelated matter. While there, he learned that HANSEN had arrived at the same San Antonio, Texas treatment facility three days later.

25. BREWER stated that he tried to keep his distance from HANSEN due to his knowledge of HANSEN's law enforcement troubles. However, BREWER stated that HANSEN was placed in his therapy group the first week.

26. BREWER stated that he eventually confronted HANSEN and told him he knew of his law enforcement troubles and asked him to stay away from him. HANSEN asked BREWER how much he knew, and BREWER responded that he knew as much as HANSEN's wife and father knew. HANSEN cried and apologized to BREWER.

27. BREWER stated that in a group counseling session where BREWER and other patients were present, HANSEN disclosed that he watched child pornography and wanted to stop.

28. BREWER stated he had a separate conversation with HANSEN at a later date and time, outside of the group therapy sessions. BREWER stated that HANSEN told him that he used Tumblr to watch child pornography. HANSEN told BREWER he would get files and photographs from other Tumblr users who shared it. HANSEN told BREWER that no videos or images were on his electronic devices but did not share where he stored his child exploitation material.

## CHARACTERISTICS OF PEOPLE WHO EXPLOIT CHILDREN

29. From my own observations and experience, as well as conversations with other experienced investigators, including those at the Kansas ICAC, I have learned the following regarding child exploitation offenders:

30. The majority of individuals who collect child pornography are persons who have a sexual attraction to children. They receive sexual gratification and satisfaction from sexual fantasies fueled by depictions of children that are sexual in nature. In this investigation, HANSEN has exhibited an interest in the sexual exploitation of children and appears to have found like-minded offenders using social media, to include Kik and Tumblr, using a Hotmail account to set up at least one such social media profile.

31. The majority of individuals who collect child pornography collect sexually explicit materials, which may consist of photographs, magazines, motion pictures, video tapes, books, slides, computer graphics or digital or other images for their own sexual gratification. The majority of these individuals also collect child erotica, which may consist of images or text that do not rise to the level of child pornography, but which nonetheless fuel their deviant sexual fantasies involving children. In this investigation, HANSEN appears to have received and retained child erotica and images of minors engaged in sex acts. It is believed that additional images will be located in HANSEN's social media accounts and cloud storage, and that additional evidence of user attribution will be found in his associated email account(s).

32. The majority of individuals who collect child pornography often seek out like-minded individuals, either in person or on the Internet, to share information and trade depictions of child pornography and child erotica as a means of gaining status, trust, acceptance, and support. This contact also helps these individuals to rationalize and validate their deviant sexual interest and associated behavior. The different Internet-based mediums used by such individuals to

10

communicate with each other include, but are not limited to, P2P, e-mail, e-mail groups, bulletin boards, IRC, newsgroups, instant messaging, and other similar vehicles. Frequently, multiple mediums will be used. In this investigation, HANSEN is known to have used multiple mediums (such as Kik, Tumblr, and Hotmail) as part of the exploitation.

33. The majority of individuals who collect child pornography often collect, read, copy, or maintain names, addresses (including e-mail addresses), phone numbers, or lists of persons who have advertised or otherwise made known in publications and on the Internet that they have similar sexual interests. These contacts are maintained as a means of personal referral, exchange, or commercial profit. This is particularly true where, as here, the individuals are in contact with other like-minded offenders. In this case, it is likely the **TARGET ACCOUNT** will contain additional evidence of these contacts, including identifiers for the individuals or groups with whom HANSEN was involved.

34. Because of the many characteristics which HANSEN manifests (discussed above), the **TARGET ACCOUNT** operated by HANSEN is likely to contain evidence of his (and others) criminal activities, including: child pornography; contacts with and identifiers of other child pornographers; evidence of creation, access, and operation of the accounts (including Kik, Tumblr, Hotmail, and online storage) used in the production, distribution and receipt of child pornography, as discussed herein; and evidence associated with user attribution for the accounts (such as IP information, registration information, and messages indicating verifying account access).

### **DESCRIPTION OF ITEMS TO BE SEARCHED**

35. Your affiant anticipates executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. § 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A), by using the

warrant to require Microsoft Corporation (Hotmail) to disclose the information described in Attachment B (part I), for the account(s) described in Attachment A, which will be searched for evidence of the crimes described herein and as described in Attachment B (part II).

## CONCLUSION

36. Based on the foregoing facts, your affiant believes that there is probable cause to believe the above-identified account(s) (further described in Attachment A) have been used to facilitate or commit 18 U.S.C. § 2252A(a)(1) (transportation of child pornography); and 18 U.S.C. § 2252A(a)(2)(A) (receipt or distribution of child pornography); and 18 U.S.C. § 2252A(a)(5)(B) (possession of and access with intent to view child pornography) and the evidence of those criminal offenses will be located in the account(s) described above. Further, I submit that such evidence, listed in Attachment B to this affidavit, constitutes contraband, the fruits of crime or things otherwise criminally possessed, or property which is or has been used as the means of committing the foregoing offenses.

37. Therefore, I respectfully request that the attached warrant be issued authorizing the search and seizure of the account(s) listed in Attachment A, for the evidence listed in Attachment B.

Respectfully submitted,

Travis Putrah
Special Agent
Homeland Security Investigation

Subscribed and sworn to before me on [telephonically] ___Jun 29, 2022___, 2022.

THE HONORABLE KENNETH G. GALE
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

### *Property to be searched*

The property to be searched is the account(s) identified as:

Hotmail email address: **spankyfoxrocks@hotmail.com**

that is stored at premises owned, maintained, controlled, or operated by Microsoft Online Services – Hotmail c/o Microsoft Corporation, headquartered at One Microsoft Way, Redmond, WA, 98052.

## ATTACHMENT B

### *List of the Items to be Searched for and Seized*

**I.      Information to be disclosed by Microsoft Online Services – Hotmail c/o Microsoft Corporation**

To the extent that the information described in Attachment A is within the possession, custody, or control of Microsoft Corporation, regardless of whether such information is located within or outside of the United States, and including any messages, records, files, logs, or information that have been deleted but are still available to Microsoft Corporation, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Microsoft Corporation is required to disclose the following information to the government for each account or identifier listed in Attachment A:

All subscriber/account information and content related to the following Hotmail account:

Hotmail email address: **spankyfoxrocks@hotmail.com**

The account information shall include, but not be limited to:

1. Subscriber data, unrestricted by date, associated to the Hotmail account
   a. Basic current subscriber information provided by the user, such as current first and last name and email address
   b. Link to the most current profile picture
   c. Device related information
   d. Account creation date and Hotmail version
   e. Birthdate and email address used to register the account
   f. User location information

2. IP addresseses associated to the Hotmail account from May 1, 2019 to December 1, 2021, including remote port information

3. All transactional chat logs associated to the Hotmail account from May 1, 2019 to December 1, 2021.

4. All images and videos associated to the Hotmail account, including the unknown usernames and IP address associated to the sender of the images and videos from May 1, 2019 to December 1, 2021

5. A date-stamped log showing the usernames that the Hotmail account added and/or blocked from May 1, 2019 to December 1, 2021

6. All abuse reports associated to the Hotmail account, including the unknown usernames from May 1, 2019 to December 1, 2021

7. All emails associated to the Hotmail account from May 1, 2019 to December 1, 2021

8. Information of any and all groups the Hotmail account accessed, whether public or private, to include all available chats, images, videos, nicknames and Hotmail usernames of other group participants, from May 1, 2019 to December 1, 2021

**Hotmail is hereby ordered to disclose the above information to the government within 30 DAYS of issuance of this warrant. (Hotmail may request an extension, and such extension may be authorized by the receiving agent or agency, Travis Putrah of HSI.)**

**II. Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of the criminal violations of 18 U.S.C. § 2252A(a)(1), 18 U.S.C. § 2252A(a)(2), and 18 U.S.C. § 2252A(a)(5)(B), as described in the Affidavit, including information pertaining to the following matters:

1. The identity of the person(s) who created or used the Hotmail account, including records that help reveal the whereabouts of such person(s) at the time of such creation and use;

2. Evidence indicating how and when the Hotmail account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Hotmail account owner;

3. Evidence indicating the Hotmail account owner's state of mind as it relates to the crimes under investigation;

4. Evidence of visual depictions of minors engaged in sexually explicit conduct, child pornography, and child erotica;

5. Evidence of communications pertaining to child pornography, child sexual abuse, and child sexual exploitation, and including the identifiers of accounts engaged in such communication;

6. Evidence pertaining to operation of, or communication with, the Kik, Tumblr, Yahoo, Hotmail and online storage accounts described in the attached affidavit.

**III. Method of delivery**

Notwithstanding 18 U.S.C. §§ 2251, 2252 and 2252A or any similar statute or code, Microsoft Online Services - Hotmail c/o Microsoft Corporation shall disclose responsive data by sending, on any digital media device, to:

Special Agent Travis Putrah, Homeland Security Investigations
C/O: Kansas Internet Crimes Against Children Task Force
1211 S. Emporia
Wichita, Kansas 67211

or emailing to travis.putrah@ice.dhs.gov