AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| In the Matter of the Search of ) <br> *(Briefly describe the property to be searched* ) <br> *or identify the person by name and address)* ) <br> Information Associated with ) <br> "spankyfoxrocks@hotmail.com" that is stored at the ) <br> premises controlled by Microsoft, Inc. see attachment A ) | Case No. 22-M-6170-01-KGG |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Western__ District of __Washington__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before __July 13, 2022__ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Kenneth G. Gale, United States Magistrate Judge__ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of ___ .

Date and time issued: __Jun 29, 2022 0930__

Judge's signature

City and state: __Wichita, KS__

Kenneth G. Gale, United States Magistrate Judge
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: 22-M-6170-01-KGG | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

                                                                    *Executing officer's signature*

                                                                      *Printed name and title*

Print     Save As...     Reset

## ATTACHMENT A

### *Property to be searched*

The property to be searched is the account(s) identified as:

Hotmail email address: **spankyfoxrocks@hotmail.com**

that is stored at premises owned, maintained, controlled, or operated by Microsoft Online Services – Hotmail c/o Microsoft Corporation, headquartered at One Microsoft Way, Redmond, WA, 98052.

## ATTACHMENT B

*List of the Items to be Searched for and Seized*

**I.       Information to be disclosed by Microsoft Online Services – Hotmail c/o Microsoft Corporation**

To the extent that the information described in Attachment A is within the possession, custody, or control of Microsoft Corporation, regardless of whether such information is located within or outside of the United States, and including any messages, records, files, logs, or information that have been deleted but are still available to Microsoft Corporation, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Microsoft Corporation is required to disclose the following information to the government for each account or identifier listed in Attachment A:

All subscriber/account information and content related to the following Hotmail account:

Hotmail email address: **spankyfoxrocks@hotmail.com**

The account information shall include, but not be limited to:

1. Subscriber data, unrestricted by date, associated to the Hotmail account
   a. Basic current subscriber information provided by the user, such as current first and last name and email address
   b. Link to the most current profile picture
   c. Device related information
   d. Account creation date and Hotmail version
   e. Birthdate and email address used to register the account
   f. User location information

2. IP addresseses associated to the Hotmail account from May 1, 2019 to December 1, 2021, including remote port information

3. All transactional chat logs associated to the Hotmail account from May 1, 2019 to December 1, 2021.

4. All images and videos associated to the Hotmail account, including the unknown usernames and IP address associated to the sender of the images and videos from May 1, 2019 to December 1, 2021

5. A date-stamped log showing the usernames that the Hotmail account added and/or blocked from May 1, 2019 to December 1, 2021

6. All abuse reports associated to the Hotmail account, including the unknown usernames from May 1, 2019 to December 1, 2021

7. All emails associated to the Hotmail account from May 1, 2019 to December 1, 2021

8. Information of any and all groups the Hotmail account accessed, whether public or private, to include all available chats, images, videos, nicknames and Hotmail usernames of other group participants, from May 1, 2019 to December 1, 2021

**Hotmail is hereby ordered to disclose the above information to the government within 30 DAYS of issuance of this warrant. (Hotmail may request an extension, and such extension may be authorized by the receiving agent or agency, Travis Putrah of HSI.)**

**II. Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of the criminal violations of 18 U.S.C. § 2252A(a)(1), 18 U.S.C. § 2252A(a)(2), and 18 U.S.C. § 2252A(a)(5)(B), as described in the Affidavit, including information pertaining to the following matters:

1. The identity of the person(s) who created or used the Hotmail account, including records that help reveal the whereabouts of such person(s) at the time of such creation and use;

2. Evidence indicating how and when the Hotmail account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Hotmail account owner;

3. Evidence indicating the Hotmail account owner's state of mind as it relates to the crimes under investigation;

4. Evidence of visual depictions of minors engaged in sexually explicit conduct, child pornography, and child erotica;

5. Evidence of communications pertaining to child pornography, child sexual abuse, and child sexual exploitation, and including the identifiers of accounts engaged in such communication;

6. Evidence pertaining to operation of, or communication with, the Kik, Tumblr, Yahoo, Hotmail and online storage accounts described in the attached affidavit.

**III. Method of delivery**

Notwithstanding 18 U.S.C. §§ 2251, 2252 and 2252A or any similar statute or code, Microsoft Online Services - Hotmail c/o Microsoft Corporation shall disclose responsive data by sending, on any digital media device, to:

    Special Agent Travis Putrah, Homeland Security Investigations
    C/O: Kansas Internet Crimes Against Children Task Force
    1211 S. Emporia
    Wichita, Kansas 67211

or emailing to travis.putrah@ice.dhs.gov